**IN THE UNITED STATES DISTRICT COURT**
**FOR THE MIDDLE DISTRICT OF PENNSYLVANIA**

| | | |
|---|---|---|
| KELLY CONARD, | : | Civil No. 4:25-CV-00304 |
| | : | |
| Plaintiff, | : | |
| | : | |
| v. | : | |
| | : | |
| CRACKER BARREL, | : | |
| | : | |
| Defendant. | : | Judge Jennifer P. Wilson |

**MEMORANDUM**

Before the court is the report and recommendation of United States Magistrate Judge Sean A. Camoni recommending that the court grant Defendant's motion to dismiss because Plaintiff has failed to plead a plausible age discrimination claim. (Doc. 14.) Judge Camoni recommends that Plaintiff's complaint be dismissed without prejudice and that she be given leave to amend her complaint. (*Id.*) Lastly, he recommends that this case be closed. (*Id.*)

Plaintiff filed an objection to the report and recommendation wherein she restates the allegations in her complaint, requests leave to amend her complaint, and sets forth extraneous information that does not respond to the report and recommendation. (Doc. 15.) Defendant opposes Plaintiff's objections arguing that Plaintiff only generally objects to the report and recommendation and does not

meaningfully contest the findings in the report and recommendation.[1] (Doc. 16.) Plaintiff filed a reply brief, again rearguing her original points. (Doc. 17.)

When a party raises only general objections to a report and recommendation, a district court is not required to conduct a de novo review of the report and recommendation. *Goney v. Clark*, 749 F.2d 5, 6–7 (3d Cir. 1984). "To obtain de novo determination of a magistrate's findings by a district court, 28 U.S.C. § 636(b)(1) requires both timely and specific objections to the report." *Id.* at 6. Thus, when reviewing general objections to a report and recommendation, the court's review is limited "to ascertaining whether there is 'clear error' or 'manifest injustice'" on the face of the record. *Boomer v. Lewis*, No. 3:06-CV-00850, 2009 WL 2900778, at *1 (M.D. Pa. Sept. 9, 2009).

The court has reviewed Judge Camoni's report and recommendation and finds no clear error or manifest injustice on the face of the record except as to the implementing recommendation wherein Judge Camoni recommends closing this case. (Doc. 14, p. 13.)[2] As to this recommendation, the court finds that it errs by recommending closing this case at this time. Rather, the court will give Plaintiff the opportunity to file an amended complaint and, if none is filed, will order that

[1] The court notes that Defendant also asks the court to dismiss Plaintiff's complaint with prejudice in its brief in opposition to Plaintiff's objections. (Doc. 16, p. 4–5.) Because Defendant did not file an objection to the report and recommendation arguing this point, the court will not consider this argument here.

[2] For ease of reference, the court uses the page numbers from the CM/ECF header.

this case be closed. As to Plaintiff's objections, the objections merely express disagreement with Judge Camoni's analysis and reargue Plaintiff's case.

Accordingly, the court will adopt the report and recommendation in part, overrule Plaintiff's objections, grant Defendant's motion to dismiss, and dismiss Plaintiff's complaint with leave to amend. An order will follow.

s/Jennifer P. Wilson
JENNIFER P. WILSON
United States District Judge
Middle District of Pennsylvania

Dated: September 2, 2026