**IN THE UNITED STATES DISTRICT COURT**
**FOR THE MIDDLE DISTRICT OF PENNSYLVANIA**

| | | |
|---|---|---|
| KELLY CONARD, | : | Civil No. 4:25-CV-00304 |
| | : | |
| Plaintiff, | : | |
| | : | |
| v. | : | |
| | : | |
| CRACKER BARREL, | : | |
| | : | |
| Defendant. | : | Judge Jennifer P. Wilson |

# ORDER

**AND NOW**, on this 2nd day of September, 2026, in accordance with the accompanying memorandum, **IT IS ORDERED AS FOLLOWS**:

1) The report and recommendation, Doc. 14, is **ADOPTED IN PART**.

2) Plaintiff's objections, Doc. 15, are **OVERRULED**.

3) Defendant's motion to dismiss, Doc. 6, is **GRANTED**.

4) Plaintiff's complaint is **DISMISSED**. Plaintiff may file an amended complaint by **September 22, 2026**, in accordance with the report and recommendation, Doc. 14. If Plaintiff fails to file an amended complaint, the Clerk of Court shall close this case.

5) This matter is referred back to Judge Camoni for pretrial management.

s/Jennifer P. Wilson
JENNIFER P. WILSON
United States District Judge
Middle District of Pennsylvania